| | |
|---|---|
| 1 | Jessica McGahie Sawyer (State Bar No. 279230) |
| 2 | jsawyer@JonesDay.com<br>JONES DAY |
| 3 | 555 South Flower Street<br>Fiftieth Floor |
| 4 | Los Angeles, 90071<br>Telephone:  (213) 489.3939 |
| 5 | Facsimile:   +1.213.243.2539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kastigar,<br><br>           Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation, E-Trade Financial Corporation, a Delaware corporation, Citibank, N.A., a foreign corporation, Ally Financial, Inc., f/k/a GMAC, a Delaware corporation and Webbank, a foreign corporation,<br><br>           Defendants. | Case No. 2:15-cv-03630-JFW-PJW<br><br>Assigned for all purposes to Judge John F. Walter<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint filed:  May 14, 2015 |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.     Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.     Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

1       (a)    Central Source LLC

2       (b)    Online Data Exchange LLC

3       (c)    New Management Services LLC

4       (d)    VantageScore Solutions LLC

5       (e)    Opt-Out Services LLC

     3.    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated:  June 24, 2015

JONES DAY

By:  */s/ Jessica McGahie Sawyer*
     Jessica McGahie Sawyer

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Jessica McGahie Sawyer, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California, 90071. On June 24, 2015, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Trinette Gragirena Kent
Kent Law Offices
10645 North Tatum Boulevard
Suite 200-192
Phoenix, AZ 85028
(480) 247-9644
Fax: (480) 717-4781
tkent@lemberglaw.com
*Attorney for Plaintiff*

Executed on June 24, 2015, at Los Angeles, California.

*/s/ Jessica McGahie Sawyer*
Jessica McGahie Sawyer