1  C. Brandon Wisoff (State Bar No. 121930)
2    bwisoff@fbm.com
   Alexander M. Porcaro (State Bar No. 281185)
3    aporcaro@fbm.com
   Farella Braun + Martel LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 954-4400
   Facsimile:   (415) 954-4480
6

7  Attorneys for Defendant WEBBANK

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  Christopher Kastigar,                    | Case No.  15-cv-03630-JFW-PJW

12              Plaintiff,                    | **DEFENDANT WEBBANK'S**
                                             | **ANSWER TO COMPLAINT**
13  v.

14  Experian Information Solutions, Inc.,
15  an Ohio corporation,
   E-Trade Financial Corporation, a
16  Delaware corporation,
   Citibank, N.A., a foreign corporation,
17  Ally Financial, Inc., f/k/a GMAC, a
   Delaware corporation, and
18  Webbank, a foreign corporation.

19              Defendant.

20

21

22

23

24

25

26

27

28

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

## RESPONSE TO "JURISDICTION"

1.      This Paragraph contains legal conclusions, to which WebBank need not respond.  To the extent a response is necessary, WebBank admits that this Court may exercise its jurisdiction to the extent that Plaintiff's claims are timely and properly alleged.

2.      This Paragraph contains legal conclusions and Plaintiff's description of this action, to which WebBank need not respond.  To the extent a response is necessary, WebBank admits that Plaintiff purports to bring a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) ("FCRA").  WebBank denies that it violated the FCRA, denies that Plaintiff was damaged by any action or inaction of WebBank, denies the allegations in this Paragraph as they pertain to WebBank, and denies that Plaintiff is entitled to any relief.  WebBank is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies those allegations.

## RESPONSE TO "VENUE"

3.      This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

4.      This Paragraph contains legal conclusions, to which WebBank need not respond.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

## RESPONSE TO "PARTIES"

5.      WebBank admits that it is a Utah corporation and that it maintains offices in Utah.  The remaining allegations in this Paragraph are not directed at WebBank.  To the extent a further response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the remaining

allegations in this Paragraph, and on that basis denies those allegations.

## <u>RESPONSE TO "GENERAL ALLEGATIONS"</u>

6.      WebBank denies the allegations in this Paragraph as they pertain to WebBank.  WebBank is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies those allegations.

7.      WebBank denies the allegations in this Paragraph as they pertain to WebBank.  WebBank is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies those allegations.

8.      This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

9.      WebBank denies the allegations in this Paragraph as they pertain to WebBank.  WebBank is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this Paragraph, and on that basis denies those allegations.

10.      This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

11.      This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

12.      WebBank denies the allegations in this Paragraph as they pertain to WebBank.  WebBank is without sufficient knowledge or information to form a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

- 3 -

1  belief as to the truth of the remaining allegations in this Paragraph, and on that basis

2  denies those allegations.

3       13.    This Paragraph does not appear to contain any allegations against

4  WebBank.  To the extent a response is necessary, WebBank is without sufficient

5  knowledge or information to form a belief as to the truth of the allegations in this

6  Paragraph, and on that basis denies those allegations.

7       14.    This Paragraph does not appear to contain any allegations against

8  WebBank.  To the extent a response is necessary, WebBank is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations in this

10  Paragraph, and on that basis denies those allegations.

11       15.    WebBank denies the allegations in this Paragraph as they pertain to

12  WebBank.  WebBank is without sufficient knowledge or information to form a

13  belief as to the truth of the remaining allegations in this Paragraph, and on that basis

14  denies those allegations.

15       16.    WebBank denies the allegations in this Paragraph as they pertain to

16  WebBank.  WebBank is without sufficient knowledge or information to form a

17  belief as to the truth of the remaining allegations in this Paragraph, and on that basis

18  denies those allegations.

19       17.    This Paragraph does not appear to contain any allegations against

20  WebBank.  To the extent a response is necessary, WebBank is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations in this

22  Paragraph, and on that basis denies those allegations.

23       18.    WebBank denies the allegations in this Paragraph as they pertain to

24  WebBank.  WebBank is without sufficient knowledge or information to form a

25  belief as to the truth of the remaining allegations in this Paragraph, and on that basis

26  denies those allegations.

27       19.    This Paragraph does not appear to contain any allegations against

28  WebBank.  To the extent a response is necessary, WebBank is without sufficient

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

- 4 -

1  knowledge or information to form a belief as to the truth of the allegations in this

2  Paragraph, and on that basis denies those allegations.

3      20.    WebBank denies the allegations in this Paragraph as they pertain to

4  WebBank.  WebBank is without sufficient knowledge or information to form a

5  belief as to the truth of the remaining allegations in this Paragraph, and on that basis

6  denies those allegations.

7      21.    This Paragraph does not appear to contain any allegations against

8  WebBank.  To the extent a response is necessary, WebBank is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations in this

10  Paragraph, and on that basis denies those allegations.

11               **RESPONSE TO COUNT I**
                 "Negligent Violation of the Fair Credit Reporting Act by E-Trade"
12

13      22.    WebBank responds to this Paragraph by incorporating by reference, as

14  if fully set forth again herein, the responses contained in the preceding paragraphs.

15      23.    This Paragraph does not appear to contain any allegations against

16  WebBank.  To the extent a response is necessary, WebBank is without sufficient

17  knowledge or information to form a belief as to the truth of the allegations in this

18  Paragraph, and on that basis denies those allegations.

19      24.    This Paragraph does not appear to contain any allegations against

20  WebBank.  To the extent a response is necessary, WebBank is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations in this

22  Paragraph, and on that basis denies those allegations.

23      25.    This Paragraph does not appear to contain any allegations against

24  WebBank.  To the extent a response is necessary, WebBank is without sufficient

25  knowledge or information to form a belief as to the truth of the allegations in this

26  Paragraph, and on that basis denies those allegations.

27      26.    This Paragraph does not appear to contain any allegations against

28  WebBank.  To the extent a response is necessary, WebBank is without sufficient

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT                                    - 5 -

1  knowledge or information to form a belief as to the truth of the allegations in this
2  Paragraph, and on that basis denies those allegations.

3       27.     This Paragraph does not appear to contain any allegations against
4  WebBank. To the extent a response is necessary, WebBank is without sufficient
5  knowledge or information to form a belief as to the truth of the allegations in this
6  Paragraph, and on that basis denies those allegations.

7       28.     This Paragraph does not appear to contain any allegations against
8  WebBank. To the extent a response is necessary, WebBank is without sufficient
9  knowledge or information to form a belief as to the truth of the allegations in this
10  Paragraph, and on that basis denies those allegations.

11  

**RESPONSE TO COUNT II**

"Willful Violation of the Fair Credit Reporting Act by E-Trade"
12  

13       29.     WebBank responds to this Paragraph by incorporating by reference, as
14  if fully set forth again herein, the responses contained in the preceding paragraphs.

15       30.     This Paragraph does not appear to contain any allegations against
16  WebBank. To the extent a response is necessary, WebBank is without sufficient
17  knowledge or information to form a belief as to the truth of the allegations in this
18  Paragraph, and on that basis denies those allegations.

19       31.     This Paragraph does not appear to contain any allegations against
20  WebBank. To the extent a response is necessary, WebBank is without sufficient
21  knowledge or information to form a belief as to the truth of the allegations in this
22  Paragraph, and on that basis denies those allegations.

23       32.     This Paragraph does not appear to contain any allegations against
24  WebBank. To the extent a response is necessary, WebBank is without sufficient
25  knowledge or information to form a belief as to the truth of the allegations in this
26  Paragraph, and on that basis denies those allegations.

27       33.     This Paragraph does not appear to contain any allegations against
28  WebBank. To the extent a response is necessary, WebBank is without sufficient

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

- 6 -

knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

## RESPONSE TO COUNT III
"Negligent Violation of the Fair Credit Reporting Act by Citibank"

34.     WebBank responds to this Paragraph by incorporating by reference, as
if fully set forth again herein, the responses contained in the preceding paragraphs.

35.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient
knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

36.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient
knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

37.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient
knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

38.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient
knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

39.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient
knowledge or information to form a belief as to the truth of the allegations in this
Paragraph, and on that basis denies those allegations.

40.     This Paragraph does not appear to contain any allegations against
WebBank.  To the extent a response is necessary, WebBank is without sufficient

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

- 7 -

1   knowledge or information to form a belief as to the truth of the allegations in this

2   Paragraph, and on that basis denies those allegations.

3                          **RESPONSE TO COUNT IV**

4            "Willful Violation of the Fair Credit Reporting Act by Citibank"

5          41.    WebBank responds to this Paragraph by incorporating by reference, as

6   if fully set forth again herein, the responses contained in the preceding paragraphs.

7          42.    This Paragraph does not appear to contain any allegations against

8   WebBank.  To the extent a response is necessary, WebBank is without sufficient

9   knowledge or information to form a belief as to the truth of the allegations in this

10  Paragraph, and on that basis denies those allegations.

11         43.    This Paragraph does not appear to contain any allegations against

12  WebBank.  To the extent a response is necessary, WebBank is without sufficient

13  knowledge or information to form a belief as to the truth of the allegations in this

14  Paragraph, and on that basis denies those allegations.

15         44.    This Paragraph does not appear to contain any allegations against

16  WebBank.  To the extent a response is necessary, WebBank is without sufficient

17  knowledge or information to form a belief as to the truth of the allegations in this

18  Paragraph, and on that basis denies those allegations.

19         45.    This Paragraph does not appear to contain any allegations against

20  WebBank.  To the extent a response is necessary, WebBank is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations in this

22  Paragraph, and on that basis denies those allegations.

23                          **RESPONSE TO COUNT V**

24           "Negligent Violation of the Fair Credit Reporting Act by GMAC"

25         46.    WebBank responds to this Paragraph by incorporating by reference, as

26  if fully set forth again herein, the responses contained in the preceding paragraphs.

27         47.    This Paragraph does not appear to contain any allegations against

28  WebBank.  To the extent a response is necessary, WebBank is without sufficient

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT                                    - 8 -

1  knowledge or information to form a belief as to the truth of the allegations in this

2  Paragraph, and on that basis denies those allegations.

3       48.    This Paragraph does not appear to contain any allegations against

4  WebBank.  To the extent a response is necessary, WebBank is without sufficient

5  knowledge or information to form a belief as to the truth of the allegations in this

6  Paragraph, and on that basis denies those allegations.

7       49.    This Paragraph does not appear to contain any allegations against

8  WebBank.  To the extent a response is necessary, WebBank is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations in this

10  Paragraph, and on that basis denies those allegations.

11       50.    This Paragraph does not appear to contain any allegations against

12  WebBank.  To the extent a response is necessary, WebBank is without sufficient

13  knowledge or information to form a belief as to the truth of the allegations in this

14  Paragraph, and on that basis denies those allegations.

15       51.    This Paragraph does not appear to contain any allegations against

16  WebBank.  To the extent a response is necessary, WebBank is without sufficient

17  knowledge or information to form a belief as to the truth of the allegations in this

18  Paragraph, and on that basis denies those allegations.

19       52.    This Paragraph does not appear to contain any allegations against

20  WebBank.  To the extent a response is necessary, WebBank is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations in this

22  Paragraph, and on that basis denies those allegations.

23                                **RESPONSE TO COUNT V**

             "Willful Violation of the Fair Credit Reporting Act by GMAC"

24

25       53.    WebBank responds to this Paragraph by incorporating by reference, as

26  if fully set forth again herein, the responses contained in the preceding paragraphs.

27       54.    This Paragraph does not appear to contain any allegations against

28  WebBank.  To the extent a response is necessary, WebBank is without sufficient

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT

- 9 -

1   knowledge or information to form a belief as to the truth of the allegations in this

2   Paragraph, and on that basis denies those allegations.

3        55.    This Paragraph does not appear to contain any allegations against

4   WebBank.  To the extent a response is necessary, WebBank is without sufficient

5   knowledge or information to form a belief as to the truth of the allegations in this

6   Paragraph, and on that basis denies those allegations.

7        56.    This Paragraph does not appear to contain any allegations against

8   WebBank.  To the extent a response is necessary, WebBank is without sufficient

9   knowledge or information to form a belief as to the truth of the allegations in this

10  Paragraph, and on that basis denies those allegations.

11       57.    This Paragraph does not appear to contain any allegations against

12  WebBank.  To the extent a response is necessary, WebBank is without sufficient

13  knowledge or information to form a belief as to the truth of the allegations in this

14  Paragraph, and on that basis denies those allegations.

15              **RESPONSE TO COUNT VII**
        "Negligent Violation of the Fair Credit Reporting Act by WebBank"
16

17       58.    WebBank responds to this Paragraph by incorporating by reference, as

18  if fully set forth again herein, the responses contained in the preceding paragraphs.

19       59.    WebBank denies the allegations in this Paragraph.

20       60.    WebBank denies the allegations in this Paragraph.

21       61.    It is unclear if this Paragraph contains any allegations against

22  WebBank.  To the extent a response is necessary, WebBank denies the allegations

23  in this Paragraph as they pertain to WebBank.  WebBank is without sufficient

24  knowledge or information to form a belief as to the truth of the remaining

25  allegations in this Paragraph, and on that basis denies those allegations.

26       62.    WebBank denies the allegations in this Paragraph.

27       63.    WebBank denies the allegations in this Paragraph.

28       64.    WebBank denies the allegations in this Paragraph.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT                                    - 10 -

## RESPONSE TO COUNT VIII

"Willful Violation of the Fair Credit Reporting Act by WebBank"

65.   WebBank responds to this Paragraph by incorporating by reference, as if fully set forth again herein, the responses contained in the preceding paragraphs.

66.   WebBank denies the allegations in this Paragraph.

67.   WebBank denies the allegations in this Paragraph.

68.   WebBank denies the allegations in this Paragraph.

69.   WebBank denies the allegations in this Paragraph.

## RESPONSE TO COUNT IX

"Negligent Violation of the Fair Credit Reporting Act by Experian"

70.   WebBank responds to this Paragraph by incorporating by reference, as if fully set forth again herein, the responses contained in the preceding paragraphs.

71.   This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

72.   This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

73.   This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

74.   This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

75.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

76.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

## RESPONSE TO COUNT X
"Willful Violation of the Fair Credit Reporting Act by Experian"

77.     WebBank responds to this Paragraph by incorporating by reference, as if fully set forth again herein, the responses contained in the preceding paragraphs.

78.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

79.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

80.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

81.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

82.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

83.     This Paragraph does not appear to contain any allegations against WebBank.  To the extent a response is necessary, WebBank is without sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph, and on that basis denies those allegations.

## RESPONSE TO "PRAYER FOR RELIEF"

WebBank responds to Plaintiff's Prayer for Relief by denying each and every allegation contained therein, and further denies that Plaintiff is entitled to the relief requested or to any relief in any amount or of any kind whatsoever.

## AFFIRMATIVE DEFENSES

Without conceding that WebBank bears the burden of proof on any such issues, WebBank asserts the following defenses to the Complaint.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiff fails to state a claim against WebBank upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Plaintiff's claims may be barred in whole or in part by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Plaintiff failed to take proper and reasonable steps to avoid, minimize, or mitigate Plaintiff's alleged damages and, to the extent of such failure, the damages

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT                                      - 13 -

1  allegedly incurred by Plaintiff, if any, should be reduced accordingly or eliminated

2  entirely.

3  ### FOURTH AFFIRMATIVE DEFENSE
   #### (Unclean Hands)

4

5  Plaintiff's claims are barred by the doctrine of unclean hands.

6  ### FIFTH AFFIRMATIVE DEFENSE
   #### (Fault of Others)

7

8  If Plaintiff suffered or sustained any loss, injury, damage, or detriment, the

9  same was directly and proximately caused and contributed to by the breach,

10  conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or

11  intentional misconduct or intervening acts of others, and not by WebBank.

12  ### SIXTH AFFIRMATIVE DEFENSE
    #### (Bona Fide Error)

13

14  Although WebBank denies any liability in this matter, WebBank contends

15  that any alleged acts or omissions of WebBank giving rise to Plaintiff's claims are

16  the result of innocent mistake and/or bona fide error despite reasonable procedures

17  implemented by WebBank. WebBank acted in a reasonable manner in connection

18  with the transaction at issue in this action.

19  ### SEVENTH AFFIRMATIVE DEFENSE
    #### (Good Faith Conduct)

20

21  WebBank at all times acted in good faith and in accordance with reasonable

22  commercial standards, thus precluding any recovery by Plaintiff against WebBank.

23  ### EIGHTH AFFIRMATIVE DEFENSE
    #### (Lack of Causation)

24

25  Plaintiff's damages, if any, were not caused by WebBank, but by another

26  person or entity for whom or for which WebBank is not responsible.

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT WEBBANK'S ANSWER TO
COMPLAINT                                    - 14 -

## NINTH AFFIRMATIVE DEFENSE
### (Lack of Willfulness)

WebBank specifically denies acting with any willfulness, oppression, fraud, or malice towards Plaintiff or others, and Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiff's claims are barred because Plaintiff lacks standing to bring them.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Consent)

Plaintiff's claims are barred because Plaintiff consented to any alleged conduct in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff's claims are barred by the equitable doctrine of laches.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Not a Proper Party)

Plaintiff's claims are barred because WebBank is not a proper party to this action.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (No Furnishing of Information)

Plaintiff's claims are barred because WebBank has not furnished any information regarding Plaintiff to any consumer reporting agency.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Reservation of Rights)

WebBank has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available. WebBank expressly reserves the right to assert additional defenses in the event that

1    discovery indicates that such defenses are appropriate.

2                           **PRAYER FOR RELIEF**

3          WHEREFORE, having fully answered or otherwise responded to the

4    allegations contained in Plaintiff's Complaint, WebBank prays that:

5          a.     Plaintiff take nothing by his complaint;

6          b.     Plaintiff's Complaint be dismissed in its entirety and with prejudice,

7    with all costs taxed against Plaintiff;

8          c.     WebBank be dismissed as a party to this action;

9          d.     This lawsuit be deemed to have been filed in bad faith or for purposes

10   of harassment, and that WebBank recover from plaintiff its expenses of litigation,

11   including but not limited to attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15

12   U.S.C. § 1681o(b); and

13         e.     WebBank recover such other and additional relief as the Court deems

14   just and appropriate.

15
16   Dated:  July 25, 2015                    FARELLA BRAUN + MARTEL LLP

17                                            By:____/s/ *Alexander M. Porcaro*____
18                                                 Alexander M. Porcaro

19                                            Attorneys for Defendant
                                              WEBBANK
20
21                           **DEMAND FOR JURY TRIAL**

22         Defendant WebBank demands trial of this matter by jury.

23   Dated:  July 25, 2015                    FARELLA BRAUN + MARTEL LLP

24
25                                            By:____/s/ *Alexander M. Porcaro*____
                                                   Alexander M. Porcaro
26
                                              Attorneys for Defendant
27                                            WEBBANK

28   31797\4984206.1

DEFENDANT WEBBANK'S ANSWER TO                - 16 -
COMPLAINT