UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-3630-JFW (PJWx)**                                         Date:  August 12, 2015

Title:   Christopher Kastigar -v- Experian Information Solutions, Inc. et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                    None Present
   Courtroom Deputy                               Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                            None

**PROCEEDINGS (IN CHAMBERS):**        ORDER DISMISSING ACTION WITHOUT PREJUDICE

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 25, 2015, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for August 24, 2015, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-88 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).


   IT IS SO ORDERED.